# UNITED STATES DISTRICT COURT
## Southern District of Illinois

FILED
JUL 13 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA
v.
CASEY D. ARMSTRONG

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:11CR40002-01-JPG
USM No. 09464-028

Judith A. Kuenneke, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged below  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Operating an Uninsured Motor Vehicle & Speeding | 04/22/2011 |
| Standard # 1 | The defendant left the district with permission of probation | 03/30/2011 |
| Standard # 2 | The defendant failed submit monthly reports | 09/30/2011 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0094

Defendant's Year of Birth: 1974

City and State of Defendant's Residence:
Lawrenceville, IL 62439

07/13/2012
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert  District Judge
Name and Title of Judge

July 13, 2012
Date

Judgment—Page 2 of 3

DEFENDANT: CASEY D. ARMSTRONG
CASE NUMBER: 4:11CR40002-01-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 6 | The defendant changed addresses without notifying probation | 09/01/2011 |
| Standard # 11 | The defendant failed to notify probation of being questioned by police | 09/25/2011 |
| Special | The defendant failed to make restitution payms | 01/31/2012 |
| Special | The defendant failed to perform community service as directed by probation | |

DEFENDANT: CASEY D. ARMSTRONG
CASE NUMBER: 4:11CR40002-01-JPG

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

7 days

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL